IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEXTER MOORE                                                                                          PLAINTIFF

v.                                              NO. 3:17CV00068 JLH

JANE DOE, Officer/Detective,
Jonesboro Police Department                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of April, 2017.

                                                                                  _____
                                                                                  J. LEON HOLMES
                                                                                  UNITED STATES DISTRICT JUDGE